

# NUMBER 13-18-00026-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

RAUL ALCALA AND
YAZMIN ALCALA,                                                                 Appellants,

v.

REPUBLIC LLOYDS,                                                                  Appellee.

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Longoria and Hinojosa[1]
### Order Per Curiam

The Supreme Court of Texas has accepted a petition for review in each of the

following appeals:  *Barbara Technologies Corp. v. State Farm Lloyds*, No. 04-1600420-

---

[1] The Honorable Rogelio Valdez, former Chief Justice of this Court, did not participate in this order because his term of office expired on December 31, 2018.

CV, 2017 WL 1423714 (Tex. App.—San Antonio Apr. 19, 2017, pet. granted) and *Ortiz v. State Farm Lloyds*, No. 04-17-00252-CV, 2017 WL 5162315 (Tex. App.— San Antonio Nov. 8, 2017, pet. granted).  The Court believes that the issues in the instant appeal are sufficiently similar to those in *Barbara Technologies* and *Ortiz* that judicial economy dictates that we should abate the instant appeal pending the supreme court's disposition of the two cases.  The parties are assured that upon reinstatement they will be afforded an opportunity to brief what impact, if any, these two cases have on the instant appeal. Accordingly, the instant appeal is ABATED pending further order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of January, 2019.